PATRICK M. RYAN (SBN 203215)
   *pryan@bzbm.com*
CHAD E. DEVEAUX (SBN 215482)
   *cdeveaux@bzbm.com*
CHRISTOPHER W. GRIBBLE (SBN 285337)
   *cgribble@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendants COUNTY OF SAN
MATEO and CHRISTINA CORPUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| A.B.O. COMIX, KENNETH ROBERTS, ZACHARY GREENBERG, RUBEN GONZALEZ-MAGALLANES, DOMINGO AGUILAR, KEVIN PRASAD, MALTI PRASAD, and WUMI OLADIPO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO and CHRISTINA CORPUS, in her official capacity as Sheriff of San Mateo County,<br><br>Defendants. | Case No. 4:23-cv-1865<br><br>**DEFENDANTS COUNTY OF SAN MATEO AND CHRISTINA CORPUS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-15** |

999.034/1838154.2

DEFENDANTS COUNTY OF SAN MATEO AND CHRISTINA CORPUS' DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES OR
PERSONS PURSUANT TO CIV. L.R. 3-15

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendants County of San Mateo and

2  Christina Corpus ("Defendants") respectfully submit the following disclosure statement:

3  Defendants have no parent corporation and there is no publicly held corporation that owns more

4  than 10% of any stocks associated with Defendants.

5    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no

6  conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

7    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

8  associations of persons, firms, partnerships, corporations (including, but not limited to, parent

9  corporations), or other entities (i) have a financial interest in the subject matter in controversy or in

10  a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party

11  that could be substantially affected by the outcome of this proceeding:

12    1.    Smart Communications Holding, Inc. (Smart Communications Holding, Inc.'s

13  technology is implicated in the suit).

14  DATED: April 17, 2023                              Respectfully submitted,

15                                              BARTKO ZANKEL BUNZEL & MILLER
                                                A Professional Law Corporation
16

17                          By:    _____

18                                              Patrick M. Ryan
                                                Attorneys for Defendants COUNTY OF SAN
19                                              MATEO and CHRISTINA CORPUS

20

21

22

23

24

25

26

27

28