PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bzbm.com
CHRISTOPHER W. GRIBBLE (SBN 285337)
  cgribble@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendants COUNTY OF SAN MATEO and CHRISTINA CORPUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| A.B.O. COMIX, KENNETH ROBERTS, ZACHARY GREENBERG, RUBEN GONZALEZ-MAGALLANES, DOMINGO AGUILAR, KEVIN PRASAD, MALTI PRASAD, and WUMI OLADIPO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO and CHRISTINA CORPUS, in her official capacity as Sheriff of San Mateo County,<br><br>Defendants. | Case No. 4:23-cv-01865<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo ("Plaintiffs"), on one hand, and Defendants County of San Mateo and Christina Corpus ("Defendants"), on the other hand, by and through their counsel of record, hereby stipulate to extending Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint to May 15, 2023.

**IT IS SO STIPULATED**.

1  DATED: April 17, 2023                                    Respectfully submitted,

2

3                                                By: /s/ Chad E. DeVeaux
                                                      CHAD E. DEVEAUX
4                                                   Attorneys for Defendants
                                                 COUNTY OF SAN MATEO and
5                                                    CHRISTINA CORPUS

6

7

8  DATED: April 17, 2023                                    Respectfully submitted,

9

10                                               By: /s/ Stephanie Krent
                                                      STEPHANIE KRENT
11                                                  Attorneys for Plaintiffs
                                              A.B.O COMIX, KENNETH ROBERTS,
12                                            ZACHARY GREENBERG, RUBEN
                                              GONZALEZ-MAGALLANES, DOMINGO
13                                            AGUILAR, KEVIN PRASAD, MALTI
                                                 PRASAD, and WUMI OLADIPO

14

15

16   I hereby attest that Stephanie Krent has concurred in the filing of this document on her

17  behalf and the inclusion of a conformed signature (/s/) within this e-filed document on her behalf.

18                                                   /s/ Chad E. DeVeaux
                                                      CHAD E. DEVEAUX