1  PATRICK M. RYAN (SBN 203215)
     *pryan@bzbm.com*
2  CHAD E. DEVEAUX (SBN 215482)
     *cdeveaux@bzbm.com*
3  CHRISTOPHER W. GRIBBLE (SBN 285337)
     *cgribble@bzbm.com*
4  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
5  One Embarcadero Center, Suite 800
   San Francisco, California 94111
6  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
7
   Attorneys for Defendants COUNTY OF SAN
8  MATEO and CHRISTINA CORPUS

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12  A.B.O. COMIX, KENNETH ROBERTS,          Case No. 4:23-cv-1865
    ZACHARY GREENBERG, RUBEN
13  GONZALEZ-MAGALLANES, DOMINGO            **CERTIFICATE OF SERVICE**
    AGUILAR, KEVIN PRASAD, MALTI
14  PRASAD, and WUMI OLADIPO,

15              Plaintiffs,

16          v.

17  COUNTY OF SAN MATEO and
    CHRISTINA CORPUS, in her official
18  capacity as Sheriff of San Mateo County,

19              Defendants.

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I, Maggie M. Lopez, hereby certify that on this 17th day of April, 2023, a copy of the foregoing

- DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT

- CIVIL COVER SHEET

- DECLARATION OF DAVID A. SILVERMAN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

- DEFENDANTS' COUNTY OF SAN MATEO AND CHRISTINA CORPUS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF CONFLICTS AND PERSON INTERESTED ENTITIES OR PERSON PURSUANT TO CIV. L.R. 3-15

- STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT

was served via email, on the following:

CARA GAGLIANO                                    Attorneys for Plaintiffs
MUKUND RATHI
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Email: cara@eff.org

STEPHANIE KRENT                          MARIA DEL PILAR GONZALEZ
KNIGHT FIRST AMENDMENT INSTITUTE         SOCIAL JUSTICE LEGAL FOUNDATION
AT COLUMBIA UNIVERSITY                    523 West 6th Street, Suite 450
475 Riverside Drive, Suite 302            Los Angeles, CA 90014
New York, NY 10115                        Tel.: (213) 973-4063
Tel.: (646) 745-8500                      Email: pgonzalez@socialjusticelaw.org
Email: stephanie.krent@knightcolumbia.org

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the

document(s) to be sent from e-mail address mlopez@bzbm.com to the persons at the e-mail

addresses listed in the Service List. I did not receive, within a reasonable time after the

transmission, any electronic message or other indication that the transmission was unsuccessful.

/ / /

/ / /

/ / /

/ / /

1    I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.

3

4        Executed on April 17, 2023, at San Francisco, California.

5

6                                                                    Maggie Lopez