AARON MACKEY (SBN 286647)
CARA GAGLIANO (SBN 308639)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
T: (415) 436-9333
amackey@eff.org

STEPHANIE KRENT**
ALEX ABDO**
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
stephanie.krent@knightcolumbia.org

MARIA DEL PILAR GONZALEZ
  MORALES (SBN 308550)
SHUBHRA SHIVPURI (SBN 295543)
EMILY OVENCIA-AUDET (SBN 342116)
Social Justice Legal Foundation
523 West 6th Street, Suite 450
Los Angeles, CA 90014
T: (213) 973-4063
pgonzalez@socialjusticelaw.org

*Counsel for Third Parties A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo*

**Application for Admission Pro Hac Vice Forthcoming*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| KEVIN PRASAD,<br><br>  Plaintiff,<br><br>v.<br><br>CARLOS G. BOLANOS, et al.,<br><br>  Defendants. | Case No. 4:22-cv-01346-JST<br><br>**DECLARATION OF AARON MACKEY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11** |

I, Aaron Mackey, declare and state:

1. I am Aaron Mackey, and I represent A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo in the recently removed case *A.B.O. Comix v. San Mateo County*, No. 4:22-cv-01865. In this position, I have personal knowledge of the facts in this declaration and, if called as a witness, I would testify competently thereto.

2. Per Civil Local Rule 3-12, a party in an action must promptly file, in the lowest-numbered case, an "Administrative Motion to Consider Whether Cases Should be Related" if the party knows of an earlier-filed action related to it under Rule 3-12(a). Plaintiffs in *A.B.O. Comix* are submitting an administrative motion in *Prasad v. Bolanos*, No. 4:22-cv-01346-JST in compliance with this rule.

3. On Wednesday, April 19, 2023 my colleague Stephanie Krent emailed counsel for Defendants in *A.B.O. Comix* to notify them that we believed *A.B.O. Comix* was related to the earlier-filed case *Prasad*, and to seek a stipulation. Because the Sheriff of San Mateo County is the defendant in both *A.B.O. Comix* and *Prasad*, my colleague Stephanie Krent asked counsel to respond on behalf of the sheriff's interests in both cases. Defendants' counsel informed Stephanie Krent that Defendants would not stipulate that the cases were related.

4. Because the *A.B.O. Comix* Plaintiffs have been unable to obtain a stipulation by all affected parties or their counsel in compliance with Civil Local Rule 7-12, the *A.B.O. Comix* Plaintiffs submit this declaration in place of a stipulation per Civil Local Rule 7-11(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 21, 2023

By,

/s/
Aaron Mackey