AARON MACKEY (SBN 286647)
CARA GAGLIANO (SBN 308639)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
T: (415) 436-9333
amackey@eff.org

STEPHANIE KRENT**
ALEX ABDO**
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
stephanie.krent@knightcolumbia.org

MARIA DEL PILAR GONZALEZ
  MORALES (SBN 308550)
SHUBHRA SHIVPURI (SBN 295543)
EMILY OVENCIA-AUDET (SBN 342116)
Social Justice Legal Foundation
523 West 6th Street, Suite 450
Los Angeles, CA 90014
T: (213) 973-4063
pgonzalez@socialjusticelaw.org

*Counsel for Plaintiffs A.B.O. Comix,
Kenneth Roberts, Zachary Greenberg, Ruben
Gonzalez-Magallanes, Domingo Aguilar,
Kevin Prasad, Malti Prasad, and Wumi
Oladipo*

**Application for Admission Pro Hac Vice Forthcoming*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| A.B.O. COMIX, KENNETH ROBERTS, ZACHARY GREENBERG, RUBEN GONZALEZ-MAGALLANES, DOMINGO AGUILAR, KEVIN PRASAD, MALTI PRASAD, and WUMI OLADIPO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO and CHRISTINA CORPUS, in her official capacity as Sheriff of San Mateo County,<br><br>Defendants. | Case No. 4:23-CV-01865-DMR<br><br>**NOTICE OF OPPOSTION TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11** |

Defendants filed an administrative motion in *Briggs v. San Mateo County*, No. 4:22-cv-05012-YGR, to consider whether this case, *A.B.O. Comix v. County of San Mateo*, No. 4:23-cv-01865-DMR, should be related pursuant to L.R. 3-12. Plaintiffs have filed the attached opposition to Defendants' administrative motion in *Briggs*.

DATED: April 21, 2023

Respectfully submitted,

/s/
Aaron Mackey (SBN 286647)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
T: (415) 436-9333
amackey@eff.org

*Counsel for Plaintiffs A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo*