PATRICK M. RYAN (SBN 203215)
*pryan@bzbm.com*
CHAD E. DEVEAUX (SBN 215482)
*cdeveaux@bzbm.com*
CHRISTOPHER W. GRIBBLE (SBN 285337)
*cgribble@bzbm.com*
TAYLOR YAMAHATA (SBN 347192)
*tyamahata@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants COUNTY OF SAN MATEO and CHRISTINA CORPUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

A.B.O. COMIX, KENNETH ROBERTS, ZACHARY GREENBERG, RUBEN GONZALEZ-MAGALLANES, DOMINGO AGUILAR, KEVIN PRASAD, MALTI PRASAD, and WUMI OLADIPO,

Plaintiffs,

v.

COUNTY OF SAN MATEO and CHRISTINA CORPUS, in her official capacity as Sheriff of San Mateo County,

Defendants.

Case No. 3:23-cv-1865-JSC

**NOTICE OF APPEARANCE OF TAYLOR YAMAHATA**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Taylor Yamahata of Bartko, Zankel, Bunzel & Miller hereby enters her appearance as an attorney for Defendants County of San Mateo and Christina Corpus, and requests to be added to the ECF service list in this case. Copies of all pleadings and notices pertaining to this action not otherwise filed through the Court's electronic filing systems should be directed to:

/ / /

Taylor Yamahata, State Bar No. 347192
*tyamahata@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Tel.: (415) 956-1900
Fax: (415) 956-1152

DATED: June 6, 2023

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: */s/ Taylor Yamahata*
Taylor Yamahata
Attorneys for Defendants COUNTY OF SAN MATEO and CHRISTINA CORPUS