PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bzbm.com
CHRISTOPHER W. GRIBBLE (SBN 285337)
  cgribble@bzbm.com
TAYLOR YAMAHATA (SBN 347192)
  tyamahata@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendants COUNTY OF SAN MATEO and CHRISTINA CORPUS

CARA GAGLIANO (SBN 308639)
  cara@eff.org
AARON MACKEY (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333

Additional Attorneys Below

Attorneys for Plaintiffs A.B.O. COMIX, KENNETH ROBERTS, ZACHARY GREENBERG, RUBEN GONZALEZ-MAGALLANES, DOMINGO AGUILAR, KEVIN PRASAD, MALTI PRASAD, and WUMI OLADIPO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| A.B.O. COMIX, KENNETH ROBERTS, ZACHARY GREENBERG, RUBEN GONZALEZ-MAGALLANES, DOMINGO AGUILAR, KEVIN PRASAD, MALTI PRASAD, and WUMI OLADIPO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO and CHRISTINA CORPUS, in her official capacity as Sheriff of San Mateo County,<br><br>Defendants. | Case No. 3:23-cv-1865-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE OF THE CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE** |

Plaintiffs A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo ("Plaintiffs"), on one hand, and Defendants County of San Mateo and Christina Corpus ("Defendants"), on the other hand, by and through their counsel of record, hereby submit, subject to the condition that the Court issue an Order approving the extended dates, the following stipulation.

WHEREAS, Plaintiffs moved to remand the case to state court (hereinafter "Plaintiffs' Remand Motion") and Defendants have opposed Plaintiffs' Remand Motion and oral argument on Plaintiffs' Remand Motion is scheduled for June 29, 2023.

WHEREAS, Defendants intend to file motion(s) challenging Plaintiffs' Amended Complaint (hereinafter "Defendants' Motion") on June 23, 2023.

WHEREAS, the Case Management Conference is currently scheduled for July 20, 2023.

WHEREAS, the Parties would prefer to defer the Case Management Conference and the attendant deadline to meet and confer regarding initial disclosures, ADR options, and a discovery plan until after the Court rules on Plaintiffs' Remand Motion and Defendants' Motion.

WHEREAS, the Parties agree that the date of the Case Management Conference can be moved to no sooner than 30 days after the Court rules on Plaintiffs' Remand Motion or Defendants' Motion, whichever is later entered by the Court, and that the attendant ADR, initial disclosure, and case management deadlines should be continued accordingly, as outlined in the April 18, 2023 Order Setting Initial Case Management Conference and ADR Deadlines.

WHEREAS, the Parties agreed in their stipulation filed May 24, 2023 that they would negotiate in good faith a reasonable briefing schedule related to challenges to the Amended Complaint.

WHEREAS, the Parties wish to extend the time to prepare their briefs regarding Defendants' Motion such that Plaintiffs may file and serve their opposition to Defendants' Motion no later than Friday July 21, 2023 and Defendants' deadline to file their reply in support of Defendants' Motion shall be no later than Friday August 4, 2023.

WHEREAS, the Parties agree that if Defendants' Motion is filed no later than June 23, 2023, Defendants are not required to answer until no sooner than 30 days after the Court rules on

Plaintiffs' Remand Motion or Defendants' Motion, whichever is later entered by the Court (but may do so sooner if they wish).

WHEREAS, this Stipulation is an enforceable agreement of the Parties prior to and regardless of whether entered as an Order by the Court, except with respect to those things for which a court order is required.

AND NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendants in the *A.B.O. Comix* case, by and through their counsel of record, that:

(1) subject to the Court's permission, the date of the Case Management Conference shall be moved to no less than 30 days after the Court rules on Plaintiffs' Remand Motion or Defendants' Motion, whichever is later entered;

(2) the deadline to meet and confer re initial disclosures, early settlement, ADR process selection, and a discovery plan, and the deadline to file ADR Certifications shall be continued to 21 days in advance of the Case Management Conference;

(3) the deadline to file a Rule 26(f) Report, complete initial disclosures or state objections, and file a Case Management Statement shall be continued to 7 days in advance of the Case Management Conference;

(4) the deadline for Plaintiffs to file and serve their opposition to Defendants' Motion shall be no later than Friday July 21, 2023, and Defendants' deadline to file their reply in support of Defendants' Motion shall be no later than Friday August 4, 2023; and

(5) if Defendants' Motion is filed no later than June 23, 2023, Defendants are not required to answer until no sooner than 30 days after the Court rules on Plaintiffs' Remand Motion or Defendants' Motion, whichever is later entered by the Court (but may do so sooner if they wish).

DATED: June 20, 2023                                    Respectfully submitted,

By: _____/s/ Chad E. DeVeaux_____
CHAD E. DEVEAUX
Attorneys for Defendants
COUNTY OF SAN MATEO and
CHRISTINA CORPUS

| | |
|---|---|
| DATED: June 20, 2023 | Respectfully submitted, |

By: _____/s/ Cara Gagliano_____
CARA GAGLIANO
Attorneys for Plaintiffs
A.B.O COMIX, KENNETH ROBERTS, ZACHARY GREENBERG, RUBEN GONZALEZ-MAGALLANES, DOMINGO AGUILAR, KEVIN PRASAD, MALTI PRASAD, and WUMI OLADIPO

1  I hereby attest that Cara Gagliano has concurred in the filing of this document on her
2  behalf and the inclusion of a conformed signature (/s/) within this e-filed document on her behalf.

3

4                                                             */s/ Chad E. DeVeaux*
                                                              CHAD E. DEVEAUX
5

6

7  STEPHANIE KRENT (*Pro Hac Vice*)            MARIA DEL PILAR GONZALEZ
     *stephanie.krent@knightcolumbia.org*       MORALES (SBN 308550)
8  ALEX ABDO (*Pro Hac Vice* motion              *pgonzalez@socialjusticelaw.org*
   forthcoming)                                SHUBHRA SHIVPURI (SBN 295543)
9  KNIGHT FIRST AMENDMENT                      SOCIAL JUSTICE LEGAL FOUNDATION
   INSTITUTE AT COLUMBIA UNIVERSITY            523 West 6th Street, Suite 450
10 475 Riverside Drive, Suite 302              Los Angeles, CA 90014
   New York, NY 10115                          Tel.: (213) 973-4063
11 Tel.: (646) 745-8500

12 Attorneys for Plaintiffs A.B.O. COMIX, KENNETH
   ROBERTS, ZACHARY GREENBERG, RUBEN
13 GONZALEZ-MAGALLANES, DOMINGO AGUILAR,
   KEVIN PRASAD, MALTI PRASAD, and WUMI OLADIPO
14

# ORDER

**AS STIPULATED, IT IS SO ORDERED.**

Date: June __, 2022

_____
The Honorable Jacqueline Scott Corley
United States District Judge