PATRICK M. RYAN (SBN 203215)
 *pryan@bzbm.com*
CHAD E. DEVEAUX (SBN 215482)
 *cdeveaux@bzbm.com*
CHRISTOPHER W. GRIBBLE (SBN 285337)
 *cgribble@bzbm.com*
TAYLOR YAMAHATA (SBN 347192)
 *tyamahata@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for COUNTY OF SAN MATEO and
CHRISTINA CORPUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo,<br><br>              Plaintiffs,<br><br>       v.<br><br>County of San Mateo and Christina Corpus, in her official capacity as Sheriff of San Mateo County,<br><br>              Defendants. | Case No. 3:23-cv-01865-JSC<br><br>**DECLARATION OF CHAD E. DEVEAUX IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |

DECLARATION OF CHAD E. DEVEAUX IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE SUR-OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

I, Chad E. DeVeaux, declare as follows:

1.    I am a principal with Bartko Zankel Bunzel & Miller, attorneys of record for Defendants the County of San Mateo (the "County") and Christina Corpus (collectively "Defendants"), in *A.B.O. Comix, et al. v. Cnty. of San Mateo*, Case No. 23-CIV-01075 ("*A.B.O. Comix*"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Defendants' Administrative Motion for Leave to File Sur-Opposition to Plaintiffs' Motion to Remand.

2.    On June 23, 2023 at 2:04 PM, I notified Plaintiffs' counsel by email that Defendants' intended to file an Administrative Motion for Leave to File a one-page Sur-Opposition to Plaintiffs' Motion for Remand. I further notified Plaintiffs' counsel that Defendants believe that the County's Counterclaims seeking a declaration that its mail policy does not violate the First, Fourth, or Fourteenth Amendments is a changed circumstance that warrants filing a short sur-response to Plaintiffs' motion to remand.

3.    I further asked whether Plaintiffs would stipulate to Defendants' motion.

4.    Plaintiffs' counsel notified me by email on June 23, 2023 at 4:02 PM, that Plaintiffs will not stipulate to Defendants' administrative motion.

5.    A true and correct copy of my email June 23, 2023 email correspondence with Plaintiffs' counsel is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 26th day of June, 2023, at San Francisco, California.

_____
Chad E. DeVeaux

DECLARATION OF CHAD E. DEVEAUX IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

# EXHIBIT A

## Chad E. DeVeaux

| | |
|---|---|
| **From:** | Stephanie C Krent <stephanie.krent@knightcolumbia.org> |
| **Sent:** | Friday, June 23, 2023 4:02 PM |
| **To:** | Chad E. DeVeaux; Cara Gagliano; Pilar Gonzalez Morales |
| **Cc:** | Patrick M. Ryan; Chris W. Gribble; Taylor Yamahata |
| **Subject:** | Re: A.B.O. Comix v. San Mateo - Request to File Sur-Response to Remand Motion to Address Federal Counterclaims |

Chad,

The Court has already filed an order vacating the upcoming hearing and stating that the motion was submitted on the papers. If Defendants knew they planned to file federal counterclaims and believed that to be relevant to the Court's decision, they should have informed us and the Court sooner. We cannot consent to the motion Defendants propose, and do not believe any counterclaims Defendants plan to file are relevant to the Court's analysis.

Stephanie

---

**From:** Chad E. DeVeaux <cdeveaux@BZBM.com>
**Date:** Friday, June 23, 2023 at 5:03 PM
**To:** Stephanie C Krent <stephanie.krent@knightcolumbia.org>, Cara Gagliano <cara@eff.org>, Pilar Gonzalez Morales <pgonzalez@socialjusticelaw.org>
**Cc:** Patrick M. Ryan <pryan@BZBM.com>, Chris W. Gribble <cgribble@BZBM.com>, Taylor Yamahata <tyamahata@BZBM.com>
**Subject:** A.B.O. Comix v. San Mateo - Request to File Sur-Response to Remand Motion to Address Federal Counterclaims

Stephanie,

Later today, along with their motion for judgment on the pleadings, Defendants will be filing Counterclaims seeking declarations that the County's mail policy does not violate the First, Fourth, or Fourteenth Amendments. We believe that this is a changed circumstance that warrants filing a short sur-response to Plaintiffs' motion to remand. We plan to file an administrative motion with the Court seeking leave to file a one-page sur-response addressing the import of the Counterclaims. Would Plaintiffs agree to stipulate to this request?

Best, Chad

**Chad DeVeaux**

**Principal**

BARTKO **ZANKEL** BUNZEL **MILLER**

One Embarcadero Center, Suite 800

San Francisco, CA  94111
Main:   (415) 956-1900

Direct: (415) 291-4536

Fax:     (415) 956-1152

cdeveaux@bzbm.com

www.bzbm.com