PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bzbm.com
CHRISTOPHER W. GRIBBLE (SBN 285337)
  cgribble@bzbm.com
TAYLOR YAMAHATA (SBN 347192)
  tyamahata@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendants COUNTY OF SAN
MATEO and CHRISTINA CORPUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>County of San Mateo and Christina Corpus, in her official capacity as Sheriff of San Mateo County,<br><br>　　　　　Defendants. | Case No. 3:23-cv-1865-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |

# [PROPOSED] ORDER

On June 26, 2023, Defendants County of San Mateo (the "County") and Christina Corpus (collectively "Defendants") filed an Administrative Motion for leave to file a Sur-Opposition to Plaintiffs' Motion to Remand in order to address the effect of changed circumstances on Plaintiffs' Motion, to wit, the County filed Counterclaims on June 23, 2023, seeking, inter alia, a declaratory judgment, decreeing that the County's mail policy does not violate or contravene the First, Fourth Amendment or Fourteenth Amendments of the U.S. Constitution. Good cause for this administrative motion exists because it is proper for courts to grant parties "leave to file a [sur-response]" regarding a pending motion "to address [a] change in circumstance" affecting the motion. *STM Atl. N.V. v. Dong Yin Dev. Holdings Ltd.*, 2019 WL 2417625, at *3 n.1 (C.D. Cal. Feb. 15, 2019).

Therefore, Defendants' Administrative Motion for leave to file a Sur-Opposition to Plaintiffs' Motion to Remand is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Jacqueline Scott Corley
United States District Court Judge