STEPHANIE KRENT (*Pro Hac Vice*)
ALEX ABDO (*Pro Hac Vice* motion forthcoming)
KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY
475 Riverside Drive, Suite 302
New York, NY 10115
Tel.: (646) 745-8500
Email: stephanie.krent@knightcolumbia.org

CARA GAGLIANO (SBN 308639)
AARON MACKEY (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Email: cara@eff.org

MARIA DEL PILAR GONZALEZ MORALES (SBN 308550)
SHUBHRA SHIVPURI (SBN 295543)
SOCIAL JUSTICE LEGAL FOUNDATION
523 West 6th Street, Suite 450
Los Angeles, CA 90014
Tel.: (213) 973-4063
Email: pgonzalez@socialjusticelaw.org

*Attorneys for Plaintiffs A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo,<br><br>Plaintiffs,<br><br>v.<br><br>County of San Mateo and Christina Corpus, in her official capacity as Sheriff of San Mateo County,<br><br>Defendants. | Case No.: 3:23-CV-1865-JSC<br><br>**OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-OPPOSITION**<br><br>Complaint Filed: March 9, 2023 |

1    This Court should reject Defendants' motion for leave to file a sur-opposition to Plaintiffs'

2    remand motion, ECF No. 40, because it is irrelevant. For the reasons Plaintiffs identified—which

3    Defendants have not contested—remand is appropriate under 28 U.S.C. § 1367(c). At bottom, only

4    state courts can authoritatively resolve the novel state-constitutional claims Plaintiffs raise.

5    A defendant does not and should not have the power to use counterclaims to dictate whether

6    a case proceeds in state or federal court—this principle is at the heart of the well-pleaded complaint

7    rule. *See Holmes Grp., Inc. v. Vornado Air Circulation Sys., Inc.*, 535 U.S. 826, 831–32 (2002);

8    *Redevelopment Agency of City of San Bernardino v. Alvarez*, 288 F. Supp. 2d 1112, 1115 (C.D.

9    Cal. 2003). Defendants' recently filed counterclaims therefore should not alter the Court's decision

10   whether to exercise supplemental jurisdiction over the Amended Complaint, which raises only

11   novel questions of state law and no federal claims. Nor should they lead this Court to sever the

12   case and retain jurisdiction over the counterclaims, as state courts are "presumptively competent

13   . . . to adjudicate claims arising under the laws of the United States." *Tafflin v. Levitt*, 493 U.S.

14   455, 458 (1990). In the only case upon which Defendants rely, *Ampleman v. Trans States Airlines,*

15   *Inc.*, the court found the presence of federal counterclaims relevant to its analysis because those

16   counterclaims were raised before the plaintiffs had amended their complaint and moved to remand,

17   and because the case had already proceeded through discovery and partial summary judgment

18   briefing on one of the state-law claims. 204 F.R.D. 437, 439–40 (E.D. Mo. 2001). Remand would

19   have been inefficient there because of the judicial resources already expended. Not so here.

20   Because Defendants' recent filings do not alter the Court's analysis of whether to retain

21   jurisdiction over the case—and do not change the fact that remand remains appropriate under

22   § 1367(c) and the judicial values of economy, convenience, fairness, and comity—the Court

23   should deny Defendants' administrative motion.

24   DATED: June 27, 2023                           Respectfully submitted,

25

                                                    /s/ *Stephanie Krent*
26                                                  Stephanie Krent (*Pro Hac Vice*)
                                                    Alex Abdo (*Pro Hac Vice* motion
27                                                  forthcoming)
                                                    Knight First Amendment Institute at Columbia
28                                                  University

475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
stephanie.krent@knightcolumbia.org

Cara Gagliano (SBN 308639)
Aaron Mackey (SBN 286647)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
T: (415) 436-9333
cara@eff.org

Maria del Pilar Gonzalez Morales (SBN 308550)
Shubhra Shivpuri (SBN 295543)
Social Justice Legal Foundation
523 West 6th Street, Suite 450
Los Angeles, CA 90014
T: (213) 973-4063
pgonzalez@socialjusticelaw.org

*Counsel for Plaintiffs*