STEPHANIE KRENT (*Pro Hac Vice*)
ALEX ABDO (*Pro Hac Vice* motion forthcoming)
KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY
475 Riverside Drive, Suite 302
New York, NY 10115
Tel.: (646) 745-8500
Email: stephanie.krent@knightcolumbia.org

CARA GAGLIANO (SBN 308639)
AARON MACKEY (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Email: cara@eff.org

MARIA DEL PILAR GONZALEZ MORALES (SBN 308550)
SHUBHRA SHIVPURI (SBN 295543)
SOCIAL JUSTICE LEGAL FOUNDATION
523 West 6th Street, Suite 450
Los Angeles, CA 90014
Tel.: (213) 973-4063
Email: pgonzalez@socialjusticelaw.org

*Attorneys for Plaintiffs A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo,<br><br>Plaintiffs,<br><br>v.<br><br>County of San Mateo and Christina Corpus, in her official capacity as Sheriff of San Mateo County,<br><br>Defendants. | Case No.: 3:23-CV-1865-JSC<br><br>**STIPULATION RE PLAINTIFFS' DEADLINE TO FILE RESPONSE TO DEFENDANTS' COUNTERCLAIMS**<br><br>Complaint Filed: March 9, 2023 |

Plaintiffs A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo, on one hand, and Defendants County of San Mateo and Christina Corpus, on the other hand, by and through their counsel of record, hereby stipulate to stay Plaintiffs' time to respond to Defendants' Counterclaims pending resolution of Plaintiffs' Motion to Remand to State Court, ECF No. 28, and Defendants' Motion for Judgment on the Pleadings and Motion to Dismiss, ECF No. 39. Upon resolution of both motions—or if a remand order issues before Defendants' motion is decided, upon issuance of that order—the parties agree to negotiate in good faith a new deadline for Plaintiffs' response to Defendants' Counterclaims and a reasonable briefing schedule for any pleadings motion by either party. The parties further agree that, if the case is remanded, they will negotiate in good faith a reasonable schedule for discovery and that no party will initiate discovery before the parties have met and conferred.

**IT IS SO STIPULATED.**

DATED: July 5, 2023

Respectfully submitted,

/s/ Cara Gagliano
Cara Gagliano (SBN 308639)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
T: (415) 436-9333
cara@eff.org

*Counsel for Plaintiffs*

DATED: July 5, 2023

Respectfully submitted,

/s/ Chad E. DeVeaux
Chad E. DeVeaux (SBN 215482)
Bartko Zankel Bunzel & Miller
One Embarcadero Center, Suite 800
San Francisco, CA 94111
T: (415) 956-1900

1 | cdeveaux@bzbm.com

2 | *Counsel for Defendants*

3

4 |     I hereby attest that Chad E. DeVeaux has concurred in the filing of this document on his behalf and the inclusion of a conformed signature (/s/) within this e-filed document on his behalf.

5

6 |       /s/ Cara Gagliano
    Cara Gagliano

STIP. RE PLS' DEADLINE TO FILE RESP. TO DEFTS' COUNTERCLAIMS     3     Case No. 3:23-CV-1865-JSC