UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

**FILED**
JUL 28 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Mark B. Busby
Clerk of Court

General Court Number
415-522-2000

July 21, 2023

San Mateo Superior Court
400 County Center
Redwood City, CA 94063

**ENDORSED FILED**
SAN MATEO COUNTY
JUL 27 2023
Clerk of the Superior Court
By  Una Finau
DEPUTY CLERK

RE:  A.B.O. Comix, et al. v. County of San Mateo, et al.
3:23-cv-01865-JSC

Your Case Number: 23-CIV-01075

Dear Clerk,

　　Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

　　Please send an acknowledgement of receipt of these documents to mark_romyn@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

by: Mark Romyn
Case Systems Administrator