**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| A.B.O. Comix, Kenneth Roberts, Zachary Greenberg, Ruben Gonzalez-Magallanes, Domingo Aguilar, Kevin Prasad, Malti Prasad, and Wumi Oladipo,<br><br>Plaintiffs,<br><br>v.<br><br>County of San Mateo and Christina Corpus, in her official capacity as Sheriff of San Mateo County,<br><br>Defendants. | Case No.: 3:23-CV-1865-JSC<br><br>**[PROPOSED] JUDGMENT FOLLOWING ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |

The Court entered an order granting Plaintiffs' motion to remand to the Superior Court of San Mateo County on July 20, 2023. Pursant to Rule 58(a), the Court hereby sets out this separate document entering judgment consistent with that order.

**IT IS SO ORDERED.**

DATED: _____

                                        HONORABLE JACQUELINE S. CORLEY
                                        Judge of the United States District Court