1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

12

13

14

15

16

17

18

19

20

A.B.O. Comix, Kenneth Roberts, Zachary
Greenberg, Ruben Gonzalez-Magallanes,
Domingo Aguilar, Kevin Prasad, Malti Prasad,
and Wumi Oladipo,

                  Plaintiffs,

               v.

County of San Mateo and Christina Corpus, in
her official capacity as Sheriff of San Mateo
County,

                 Defendants.

Case No.: 3:23-CV-1865-JSC

[~~PROPOSED~~] **JUDGMENT**
**FOLLOWING ORDER GRANTING**
**PLAINTIFFS' MOTION TO REMAND**

21

22

23

24

25

26

27

28

[~~PROPOSED~~] JUDGMENT              1              Case No. 3:23-CV-1865-JSC

1    The Court entered an order granting Plaintiffs' motion to remand to the Superior Court of

2   San Mateo County on July 20, 2023. Pursant to Rule 58(a), the Court hereby sets out this separate

3   document entering judgment consistent with that order.

4    **IT IS SO ORDERED.**

5    DATED: ___August 22, 2023___

6



7    HONORABLE                    ORLEY
     Judge of the U

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28